**Mary Lou WLODAREK, Respondent,**

v.

**Timothy J. WLODAREK, Jr., Appellant.**

No. ED 86625.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 2, 2006.

Lawrence G. Gillespie, Gillespie, Hetlage & Coughlin, L.L.C., Clayton, MO, for appellant.

Kimberly J. Bettisworth, Diekemper, Hammond, Shinners, Turcotte & Larrew, P.C., St. Louis, MO, for respondent.

Before GARY M. GAERTNER, SR., P.J., GEORGE W. DRAPER III, J., and KENNETH M. ROMINES, J.

## ORDER

PER CURIAM.

On 16 May 2005, Timothy J. Wlodarek, Jr. (Timothy) filed a Motion for Reimbursement of Child Support. His former spouse, Mary Lou Wlodarek (Mary Lou), filed a Motion to Dismiss, in which she asserted that, because Timothy failed to seek reimbursement when he filed his Affidavit for Termination of Child Support on 1 October 2004, his Motion for Reimbursement is barred by the doctrines of *res judicata* and collateral estoppel. The Circuit Court for St. Louis County, the Hon. Dennis N. Smith, sustained Mary Lou's Motion to Dismiss; Timothy appeals. We have reviewed the briefs of the parties and the Record on Appeal, and find no error of law in this case. Thus, a written opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b)(1).